UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG ALLEN DOWNES,<br><br>         Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>         Defendant. | No.  2:15-CV-0092-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED:  January 25, 2016

                                            SEAN F. McAVOY
                                            Clerk of Court

                                            By: *s/Melissa Orosco*
                                                Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**